UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD SCHEUBLE, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:11-cv-546-O |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, RICHARD SCHEUBLE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: April 25, 2011            RESPECTFULLY SUBMITTED,

                                          KROHN & MOSS, LTD.


                                        By:/s/ Michael S. Agruss_____
                                              Michael S. Agruss (CA SBN: 259567)
                                              Krohn & Moss, Ltd.
                                              10474 Santa Monica Blvd., Suite 401
                                              Los Angeles, CA 90025
                                              Tel: 323-988-2400 x235
                                              Fax: 866-583-3695
                                              magruss@consumerlawcenter.com
                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on April 25, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

            By:/s/ Michael Agruss          .
              Michael Agruss