IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD SCHEUBLE**, | § § § | |
| Plaintiff, | § | Civil Action No. 3:11-CV-546-O |
| v. | § § | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is a Notice of Settlement (ECF No. 7), filed on April 25, 2011. The parties are therefore directed to file the necessary dismissal papers (a stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii)) with the Clerk's Office on or before **May 27, 2011**. If a stipulation of dismissal is not filed on or before May 27, 2011 and further proceedings become necessary or desirable, the parties' should immediately file a Joint Status Report with this Court. It is further ordered that all other deadlines associated with this case are vacated.

**SO ORDERED** on this **27th** day of **April, 2011**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**