## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| RICHARD SCHEUBLE, § § Plaintiff, § § v. § § PORTFOLIO RECOVERY ASSOCIATES, § LLC, § § Defendant. § | No. **3:11-cv-546-O** |

## NOTICE OF VOLUNTARY DISMISSAL

RICHARD SCHEUBLE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant), in this case.

Dated: May 25, 2011          RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By:/s/ Michael S. Agruss
    Michael S. Agruss (CA SBN: 259567)
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Tel: 323-988-2400 x235
    Fax: 866-583-3695
    magruss@consumerlawcenter.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on May 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on May 25, 2011, I served Steve Zahn, counsel of record with a copy of this document by way of email and the USPS mail system.

Steve Zahn  
140 Corporate Boulevard        By:/s/ Michael Agruss  
Office of General Counsel          Michael Agruss  
Norfolk, VA  23502  
szahn@portfoliorecovery.com